UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HOME POINT CAPITAL INC. SECURITIES LITIGATION | ) ) ) ) | Civ. No. 4:21-cv-11457-SDK-KGA Judge Shalina D. Kumar Magistrate Judge Kimberly G. Altman |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF LEAD PLAINTIFF'S PENDING MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS REPRESENTATIVE AND CLASS COUNSEL**

Lead Plaintiff Abdulaziz Jamal Johar Al-Johar, by and through his undersigned counsel, hereby gives notice that he withdraws his pending motion for class certification and to appoint class representative and class counsel (ECF No. 49), filed March 15, 2023, without prejudice to refile in the event that the proposed settlement fails to become effective (as defined within ECF No. 57, filed September 15, 2023) or is terminated.

DATED:  February 12, 2024          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
JONATHAN ZWEIG
ANA AVALOS CUELLAR


                                                  */s/ Jonathan Zweig*
                                                  JONATHAN ZWEIG

420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com
jzweig@rgrdlaw.com
aavalos@rgrdlaw.com

*Lead Counsel for Lead Plaintiff*

VANOVERBEKE, MICHAUD &
  TIMMONY, P.C.
THOMAS C. MICHAUD (P42641)
FRANCIS E. JUDD (P68857)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com
fjudd@vmtlaw.com

*Local Counsel for Lead Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 12, 2024, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.



*/s/ Jonathan Zweig*

JONATHAN ZWEIG