**<u>INDEX OF EXHIBITS TO DECLARATION OF JONATHAN ZWEIG IN SUPPORT OF MOTIONS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, FINAL CLASS CERTIFICATION, AWARD OF ATTORNEYS' FEES AND EXPENSES, AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §77z-1(a)(4)</u>**

| <u>Document</u> | <u>Exhibit</u> |
|---|---|
| Lodestar Report | A |
| Expenses/Charges Report | B |
| Summary Charges for Filing and Other Fees | C |
| Robbins Geller Rudman & Dowd LLP Firm Resume | D |

4875-9372-2293.v1