# EXHIBIT A

**EXHIBIT A**

*In re Home Point Capital Inc. Securities Litigation*, Civ. No. 4:21-cv-11457-SDK-KGA
Robbins Geller Rudman & Dowd LLP
Inception through March 11, 2024

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Albert, Michael | (P) | 14.20 | 785 | $    11,147.00 |
| Bays, Lea M. | (P) | 21.90 | 915 | 20,038.50 |
| Gusikoff Stewart, Ellen A. | (P) | 68.80 | 1200 | 82,560.00 |
| Johnson, C. Chad | (P) | 116.70 | 1200 | 140,040.00 |
| Sanchez, Juan Carlos | (P) | 19.80 | 785 | 15,543.00 |
| Zweig, Jonathan C. | (P) | 557.90 | 875 | 488,162.50 |
| Avalos Cuellar, Ana S. | (A) | 334.90 | 465 | 155,728.50 |
| Delaney, Sarah E. | (A) | 36.20 | 425 | 15,385.00 |
| Thoma, Anne M. | (A) | 240.90 | 515 | 124,063.50 |
| Aronica, R. Steven | (FA) | 40.00 | 775 | 31,000.00 |
| Barhoum, Anthony J. | (EA) | 18.00 | 470 | 8,460.00 |
| Cabusao, Reggie F. | (EA) | 12.90 | 370 | 4,773.00 |
| Hensley, Austin B. | (EA) | 19.00 | 315 | 5,985.00 |
| Roelen, Scott R. | (RA) | 10.20 | 325 | 3,315.00 |
| Brandon, Kelley T. | (I) | 6.50 | 350 | 2,275.00 |
| Lyons, James L. | (I) | 163.00 | 350 | 57,050.00 |
| Peitler, Steven J. | (I) | 9.00 | 375 | 3,375.00 |
| Camozzi, Miranda C. | (LS) | 21.90 | 315 | 6,898.50 |
| Keita, Omar C. | (LS) | 5.70 | 315 | 1,795.50 |
| Milliron, Christine | (LS) | 7.70 | 415 | 3,195.50 |
| Paralegals | | 142.10 | 350-410 | 55,399.00 |
| Shareholder Relations | | 9.80 | 110 | 1,078.00 |
| *TOTAL* | | *1,877.10* | | *$ 1,237,267.50* |

(P) Partner

(A) Associate

(FA) Forensic Accountant

(EA) Economic Analyst

(RA) Research Analyst

(I) Investigator

(LS) Litigation Support