# EXHIBIT B

**EXHIBIT B**

*In re Home Point Capital Inc. Securities Litigation*, Civ. No. 4:21-cv-11457-SDK-KGA
Robbins Geller Rudman & Dowd LLP
Expense Summary
Inception through February 12, 2024

| CATEGORY | AMOUNT |
|---|---|
| Filing and Other Fees | $   1,538.05 |
| Transportation, Hotels, and Meals | 2,188.34 |
| Messenger, Overnight Delivery | 86.53 |
| Consultant (Haystackid, LLC) | 700.00 |
| Online Legal and Financial Research | 6,253.99 |
| Mediation Fees (Phillips ADR Enterprises, P.C.) | 20,000.00 |
| *TOTAL* | *$  30,766.91* |