# EXHIBIT C

**EXHIBIT C**

*In re Home Point Capital Inc. Securities Litigation*, Civ. No. 4:21-cv-11457-SDK-KGA
Robbins Geller Rudman & Dowd LLP

Filing and Other Fees: $1,538.05

| *DATE* | *VENDOR* | *PURPOSE* |
|---|---|---|
| 08/23/21 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | MISCELLANEOUS JOB: COURTESY COPY FOR JUDGE MICHELSON'S CHAMBERS; ABDULAZIZ JAMAL JOHAR AL-JOHAR'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL; MEMORANDUM OF LAW ISO THEREOF; INDEX OF EXHIBITS ISO MOTION |
| 09/16/21 | CLERK OF THE COURT | ADMISSION FEE FOR C. JOHNSON |
| 09/16/21 | CLERK OF THE COURT | ADMISSION FEE FOR J. ZWEIG |
| 10/28/22 | CLERK OF THE COURT | ADMISSION FEE FOR A. AVALOS |
| 02/27/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: GOLDMAN SACHS & CO. LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A; NOTICE OF SUBPOENA |
| 02/27/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: WELLS FARGO SECURITIES, LLC: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; SCHEDULE A; NOTICE OF SUBPOENA |
| 02/27/23 | CLASS ACTION RESEARCH & LITIGATION SUPPORT SERVICES, INC. | PERSONAL SERVICE: BDO USA, LLP: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; NOTICE OF SUBPOENA |