UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

In re HOME POINT CAPITAL INC.
SECURITIES LITIGATION

    )
    )
    )

Civ. No. 4:21-cv-11457-SDK -KGA

Judge Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

CLASS ACTION

DECLARATION OF ROSS D.
MURRAY REGARDING NOTICE
DISSEMINATION, PUBLICATION,
AND REQUESTS FOR EXCLUSION
RECEIVED TO DATE

I, ROSS D. MURRAY, declare and state as follows:

1. I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

2. Pursuant to this Court's November 30, 2023 Order Granting Preliminary Approval of Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class ("Notice Order") (ECF 59), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation").[1] I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

3. I submit this declaration in order to provide the Court and the parties to the Litigation with information regarding: (i) mailing and emailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Notice") and Proof of Claim and Release form (the "Proof of Claim") (collectively, the "Claim Package," attached hereto as Exhibit A); (ii) publication of the Summary Notice of Proposed Settlement of Class Action (the "Summary Notice"); (iii) establishment of the website and toll-free telephone number dedicated to this Settlement; and (iv) the number of requests for exclusion from the Settlement Class received to date by Gilardi.

## DISSEMINATION OF NOTICE

4. Pursuant to the Notice Order, Gilardi is responsible for disseminating the Claim Package to potential Settlement Class Members. The Settlement Class

---

[1] Any capitalized terms used that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement dated September 14, 2023 (the "Stipulation") (ECF 57), which is available on the website established for the Settlement at www.HomePointSecuritiesSettlement.com.

consists of all Persons who purchased or otherwise acquired common stock in Home Point's IPO or purchased Home Point common stock after the IPO and on or before June 21, 2021 in the stock market pursuant and/or traceable to the Company's Offering Documents issued in connection with the IPO, and were alleged to be damaged thereby. Excluded from the Settlement Class are the Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families, and their legal representatives, heirs, predecessors, successors or assigns, and any entity in which the officers and directors of the Company have or had controlling interest.  Also excluded from the Settlement Class is any Person who would otherwise be a Member of the Settlement Class but who validly and timely requests exclusion in accordance with the requirements set by the Court.

5.     Gilardi received a file via email from Home Point's transfer agent, which contained the names and addresses of potential Settlement Class Members. The list was reviewed to identify and eliminate duplicate entries and incomplete data, resulting in a usable mailing list of ten unique names and addresses.  Gilardi had the unique name and address data printed on to Claim Packages, posted the Claim Packages for First-Class Mail, postage prepaid, and delivered ten Claim Packages on January 16, 2024, to the United States Post Office for mailing.

6.     On January 16, 2024, as part of its normal mailing procedures, Gilardi mailed, by First-Class Mail, Claim Packages and cover letters to 281 brokerages, custodial banks, and other institutions ("Nominee Holders") that hold securities in "street name" as nominees for the benefit of their customers who are the beneficial owners of the securities.  The Nominee Holders also include a group of filers/institutions who have requested notification of every securities case.  These Nominee Holders are included in a proprietary database created and maintained by Gilardi.  In Gilardi's experience, the Nominee Holders included in this proprietary database represent a significant majority of the beneficial holders of securities.  The

cover letter accompanying the Claim Packages advised the Nominee Holders of the proposed Settlement and requested their cooperation in forwarding the Claim Packages to potential Settlement Class Members.  In the more than four decades that Gilardi has been providing notice and claims administration services in securities class actions, Gilardi has found the majority of potential class members hold their securities in street name and are notified through the Nominee Holders.  Gilardi also mailed Claim Packages and cover letters to the 4,424 institutions included on the U.S. Securities and Exchange Commission's ("SEC") list of active brokers and dealers at the time of mailing.  A sample of the cover letter mailed to Nominee Holders and the institutions included on the SEC's list of active brokers and dealers is attached hereto as Exhibit B.

7.     On January 16, 2024, Gilardi also delivered electronic copies of the Claim Package to 325 registered electronic filers who are qualified to submit electronic claims.  These filers are primarily institutions and third-party filers who typically file numerous claims on behalf of beneficial owners for whom they act as trustees or fiduciaries.

8.     As part of the notice program for this Settlement, on January 16, 2024, Gilardi also delivered an electronic copy of the Claim Package via email to be published by the Depository Trust Company ("DTC") on the DTC Legal Notice System ("LENS").  LENS enables the participating bank and broker nominees to review the Claim Package and contact Gilardi for copies of the Claim Package for their beneficial holders.

9.     Gilardi has acted as a repository for shareholder and nominee inquiries and communications received in this Settlement.  In this regard, Gilardi has forwarded the Claim Package on request to nominees who purchased or acquired Home Point common stock for the beneficial interest of other persons.  Gilardi has

also forwarded the Claim Package directly to beneficial owners upon receipt of the names and addresses from such beneficial owners or nominees.

10.     Following the initial mailing, Gilardi received 12 responses to the outreach efforts described above, which included computer files containing a total of 1,481 names and addresses and 334 email addresses of potential Settlement Class Members.  In addition, 21 institutions requested that Gilardi send them a total of 3,120 Claim Packages for forwarding directly to their clients.  Gilardi has also mailed 13 Claim Packages as a result of returned mail for which new addresses were identified for re-mailing to those potential Settlement Class Members.  Each of these requests has been completed in a timely manner.

11.     As of April 8, 2024, Gilardi has mailed or emailed a total of 9,988 Claim Packages to potential Settlement Class Members and nominees.  Additionally, one institution reported that they anticipated sending Claim Packages via email to 4,547 potential Settlement Class Members.

### PUBLICATION OF THE SUMMARY NOTICE

12.     In accordance with the Notice Order, on January 23, 2024, Gilardi caused the Summary Notice to be published in *The Wall Street Journal* and to be transmitted over *Business Wire*, as shown in the confirmations of publication attached hereto as Exhibit C.

### TELEPHONE HELPLINE AND WEBSITE

13.     On January 16, 2024, Gilardi established and continues to maintain a case-specific, toll-free telephone helpline, 1-888-858-5984, to accommodate potential Settlement Class Member inquiries.  The toll-free number was set forth in the Notice and on the case website.  Gilardi has been and will continue to promptly respond to all inquiries to the toll-free telephone helpline.

14.     On January 16, 2024, Gilardi established and continues to maintain a website dedicated to this Settlement (www.HomePointSecuritiesSettlement.com) to

Page 4

provide additional information to Settlement Class Members and to provide answers to frequently asked questions.  The web address was set forth in the Notice, Proof of Claim, and Summary Notice.  The website includes information regarding the Litigation and the Settlement, including the objection and claim filing deadlines, and the date and time of the Court's Settlement Hearing.  Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading.  Settlement Class Members can also complete and submit a Proof of Claim through the website.

<strong>REQUESTS FOR EXCLUSION RECEIVED TO DATE</strong>

15.    The Notice informs potential Settlement Class Members that written requests for exclusion from the Settlement Class must be mailed to *Home Point Securities Settlement*, c/o Gilardi & Co. LLC, EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than April 23, 2024.

16.    The Notice also sets forth the information that must be included in each request for exclusion.  Gilardi has monitored and will continue to monitor all mail delivered to this address.  As of the date of this declaration, Gilardi has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of April, 2024, at San Rafael, California.

_____
ROSS D. MURRAY

<u>CERTIFICATE OF SERVICE</u>

I, Ellen Gusikoff Stewart, hereby certify that on April 9, 2024, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART