**INDEX OF EXHIBITS TO DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE**

| Document | Exhibit |
|---|---|
| Claim Package | A |
| Nominee Letter | B |
| Confirmations of Publication | C |