# EXHIBIT C

## BUSINESS & FINANCE

# Forward Air To Buy Omni At Lower Price

**Amended accord includes $20 million in cash and 35% of common equity**

BY BEN GLICKMAN

**Forward Air** plans to move ahead with its acquisition of freight forwarder **Omni Logistics** with a smaller price tag, ending a drawn-out saga over the combination.

Trucking company Forward Air on Monday said the two parties amended their agreement so Omni shareholders would now receive $20 million in cash, instead of the $150 million initially agreed upon.

Omni shareholders would now get 35% of Forward's pro forma common equity, compared with the previously-agreed 37.7% of shares.

The revised agreement ends litigation between the two companies over the deal.

The new deal gives Omni an equity value of about $743 million, based on the Jan. 19 closing price of $51.30 a share. Forward's initial deal with Omni gave the company an equity value of $1.88 billion, according to an investor presentation.

Including Omni's net debt, which was $1.36 billion as of June 30, the new merger deal values Omni at around $2.1 billion.

In October, Forward Air said it might look to drop its original proposed takeover of Omni after facing pushback from investors.

Omni then sued the company in a bid to force the closing of the deal.

Under the initial deal, which was announced in August and gave Omni a value of about $3.2 billion including debt, most of the payment to Omni owners would be in the form of stock. That stock would be distributed over time, allowing Forward to complete the deal without shareholder approval.

Analyst sentiment on Forward soured after the company initially announced the deal, with several downgrades of the stock because of the premium paid in the deal and Omni's debt load.

Forward faced a lawsuit by shareholders and pressure from activist investor Ancora.

Shares of Forward have fallen about 56% in the past six months and recently traded near a 52-week low. Shares closed up 3.3% at $53 each on Monday.

Under the revised merger agreement, Omni shareholders would receive about 14.1 million shares on an as-diluted, as-converted basis, Forward said.

The companies are looking to close the deal by the end of the week.

"We have always believed in the power of this acquisition and are pleased to have found a way forward," Forward Chief Executive Tom Schmitt said.



The revised agreement ends litigation between trucking company Forward Air and Omni Logistics over the deal.

*DAKOTA SMITH/ALAMY*

---



### Watch a Video: Can Boeing Repair Its Reputation?



Scan this code to watch a video examining the impact on Boeing from the FAA's grounding of some Boeing 737 Max 9 planes after a door plug fell from an Alaska Airlines flight.

*NTSB/ZUMA PRESS*

# Ad Firm S4 Capital Predicts More Pain

BY MEGAN GRAHAM

**S4 Capital**, the London-listed digital-advertising and marketing-services group, isn't expecting a turnaround in tricky macroeconomic conditions or cautious client spending this year.

In a trading update published on Monday, the company said that while its fourth-quarter performance was in line with its revised November expectations, 2024 will continue to be challenging.

S4 said it expects the previous year's like-for-like net revenue to show a decline of around 4% when it releases its results for 2023 in March.

In September, S4 said it expected like-for-like revenue to decline in the year, a downgrade from its previous forecast of 2% to 4% growth. Then, in November, it said it expected net debt to rise in the fourth quarter, with 2023 like-for-like net revenue projected to fall below the prior year's. It also said the number of employees at the end of the third quarter had fallen 9% since June 2022, to 8,187, reflecting efforts made to align its cost base with demand from clients. S4 said at the time that further actions were being taken in the fourth quarter.

The like-for-like metric compares company operations versus the prior period, including assets that might have been under other ownership the year before, and excluding impacts of currency.

S4's performance lately has been impacted by slower spending in the technology sector and from smaller, project-based clients, which some of its larger rivals have also felt in recent quarters.

But while competitors such as **WPP** have said they expect some of those pressures to subside in 2024, S4 seems less optimistic. "While it is early in the year, we are not expecting 2024 to show macroeconomic improvement, and client caution on marketing spend will likely persist, although not at last year's level given interest rates are likely to fall over time," said Martin Sorrell, executive chairman at S4. "In these unpredictable times, we are focused on positioning the company for medium-term growth, improving profitability and returning funds to shareowners."

Analysts at Citi Research said in a note on Monday that it was encouraging to see S4's 2023 results were in line with the company's most recent expectations, notwithstanding November's sharp downward revision in the forecast. "The commentary on the outlook is pretty sober with the group emphatically not calling a turn in market trends anytime soon," they said.

---

**ADVERTISEMENT**

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## CLASS ACTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re HOME POINT CAPITAL INC. SECURITIES LITIGATION

Civ. No. 4:21-cv-11457-SDK-KGA

Judge Shalina D. Kumar
Magistrate Judge Kimberly G. Altman

CLASS ACTION

SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:** ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED HOME POINT CAPITAL INC. ("HOME POINT" OR THE "COMPANY") COMMON STOCK IN THE COMPANY'S JANUARY 29, 2021 INITIAL PUBLIC OFFERING ("IPO") OR PURCHASED HOME POINT COMMON STOCK AFTER THE IPO AND ON OR BEFORE JUNE 21, 2021 IN THE STOCK MARKET PURSUANT AND/OR TRACEABLE TO THE COMPANY'S OFFERING DOCUMENTS ISSUED IN CONNECTION WITH THE IPO, AND WERE ALLEGEDLY DAMAGED THEREBY, AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")

THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.

YOU ARE HEREBY NOTIFIED that a hearing will be held on May 14, 2024, at 10:00 a.m., before Judge Shalina D. Kumar, at the United States District Court, Eastern District of Michigan, Southern Division, Courtroom 127 of the Federal Building and U.S. Courthouse, 600 Church Street, Flint, MI 48502, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $5,000,000 in cash, to be paid or caused to be paid by the Company, should be approved by the Court as fair, reasonable, and adequate; (2) for purposes of the Settlement only, the Litigation should be certified as a class action on behalf of the Settlement Class; (3) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (4) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and to award Plaintiff reimbursement of his time and expenses pursuant to 15 U.S.C. §77z-1(a)(4) in connection with his representation of the Settlement Class, and, if so, in what amounts; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

The Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Settlement Class Members to appear remotely at the hearing, without further written notice to the Settlement Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.HomePointSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.HomePointSecuritiesSettlement.com. Also, if the Court requires or allows Settlement Class Members to participate in the Settlement Hearing by remote means, the information for accessing the hearing will be posted to the Settlement website.

IF YOU PURCHASED OR OTHERWISE ACQUIRED HOME POINT COMMON STOCK BETWEEN JANUARY 29, 2021 AND JUNE 21, 2021, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail (postmarked no later than April 15, 2024) or electronically (no later than April 15, 2024). Your failure to timely submit your Proof of Claim by April 15, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired Home Point common stock between January 29, 2021 and June 21, 2021, inclusive, and do not validly and timely request exclusion from the Settlement Class in accordance with the requirements set by the Court, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other Settlement documents, may be accessed online at www.HomePointSecuritiesSettlement.com, or by writing to:

Home Point Securities Settlement
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301133
Los Angeles, CA 90030-1133

Inquiries should NOT be directed to Defendants, Defendants' Counsel, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS POSTMARKED BY APRIL 23, 2024, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 30% OF THE $5,000,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $60,000 AND AN AWARD TO PLAINTIFF NOT TO EXCEED $25,000 IN CONNECTION WITH HIS REPRESENTATION OF THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL SO THAT THEY ARE RECEIVED BY APRIL 23, 2024, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: November 30, 2023

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

[1] The Stipulation can be viewed and/or obtained at www.HomePointSecuritiesSettlement.com. This Summary Notice incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meaning as set forth in the Stipulation, unless set forth herein.

---

## New Highs and Lows

The following explanations apply to the New York Stock Exchange, NYSE Arca, NYSE American and Nasdaq Stock Market stocks that hit a new 52-week intraday high or low in the latest session. **% CHG**-Daily percentage change from the previous trading session.

**Monday, January 22, 2024**

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on January 23, 2024:

Name of Publication: The Wall Street Journal
Address: 1211 Avenue of the Americas
City, State, Zip: New York, NY 10036
Phone #: 1-800-568-7625
State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of January 2024, at Sellersville, Pennsylvania.


_____
Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces Proposed Settlement in the Home Point Capital Securities Litigation

January 23, 2024 08:00 AM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Home Point Capital Securities Settlement:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| In re HOME POINT CAPITAL INC. SECURITIES LITIGATION | Civ No. 4:21-cv-11457-SDK-KGA |
| --- | --- |
| | Judge Shalina D. Kumar |
| | Magistrate Judge Kimberly G. Altman |
| | CLASS ACTION |
| | SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION |

**TO: ALL PERSONS AND ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED HOME POINT CAPITAL INC. ("HOME POINT" OR THE "COMPANY") COMMON STOCK IN THE COMPANY'S JANUARY 29, 2021 INITIAL PUBLIC OFFERING ("IPO") OR PURCHASED HOME POINT COMMON STOCK AFTER THE IPO AND ON OR BEFORE JUNE 21, 2021 IN THE STOCK MARKET PURSUANT AND/OR TRACEABLE TO THE COMPANY'S OFFERING DOCUMENTS ISSUED IN CONNECTION WITH THE IPO, AND WERE ALLEGEDLY DAMAGED THEREBY, AND ARE NOT OTHERWISE EXCLUDED FROM THE SETTLEMENT CLASS ("SETTLEMENT CLASS" OR "SETTLEMENT CLASS MEMBERS")**

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**

YOU ARE HEREBY NOTIFIED that a hearing will be held on May 14, 2024, at 10:00 a.m., before Judge Shalina D. Kumar, at the United States District Court, Eastern District of Michigan, Southern Division, Courtroom 127 of the Federal Building and U.S. Courthouse, 600 Church Street, Flint, MI 48502, to determine whether: (1) the proposed settlement (the "Settlement") of the above-captioned action as set forth in the Stipulation of Settlement ("Stipulation")[1] for $5,000,000 in cash, to be paid or caused to be paid by the Company, should be approved by the Court as fair, reasonable, and adequate; (2) for purposes of the Settlement only, the Litigation should be certified as a class action on behalf of the Settlement Class; (3) the Judgment as provided under the Stipulation should be entered dismissing the Litigation with prejudice; (4) to award Lead Counsel attorneys' fees and expenses out of the Settlement Fund (as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is discussed below) and to award Plaintiff reimbursement of his time and expenses pursuant to 15 U.S.C. §77z-1(a)(4) in connection with his representation of the Settlement Class, and, if so, in what amounts; and (5) the Plan of Allocation should be approved by the Court as fair, reasonable, and adequate.

The Court may decide to conduct the Settlement Hearing by video or telephonic conference, or otherwise allow Settlement Class Members to appear remotely at the hearing, without further written notice to the Settlement Class. In order to determine whether the date and time of the Settlement Hearing have changed, or whether Settlement Class Members must or may participate by phone or video, it is important that you monitor the Court's docket and the Settlement website, www.HomePointSecuritiesSettlement.com, before making any plans to attend the Settlement Hearing. Updates regarding the Settlement Hearing, including any changes to the date or time of the hearing or updates regarding in-person or remote appearances at the hearing, will be posted to the Settlement website, www.HomePointSecuritiesSettlement.com. Also, if the Court requires or allows Settlement Class Members to participate in the Settlement Hearing by remote means, the information for accessing the hearing will be posted to the Settlement website.

IF YOU PURCHASED OR OTHERWISE ACQUIRED HOME POINT COMMON STOCK BETWEEN JANUARY 29, 2021 AND JUNE 21, 2021, INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

To share in the distribution of the Settlement Fund, you must establish your rights by submitting a Proof of Claim and Release form ("Proof of Claim") by mail **(postmarked no later than April 15, 2024)** or electronically **(no later than April 15, 2024)**. Your failure to timely submit your Proof of Claim by April 15, 2024, will subject your claim to rejection and preclude your receiving any of the recovery in connection with the Settlement of this Litigation. If you purchased or otherwise acquired Home Point common stock between January 29, 2021 and June 21, 2021, inclusive, and do not validly and timely request exclusion from the Settlement Class in accordance with the requirements set by the Court, you will be bound by the Settlement and any judgment and release entered in the Litigation, including, but not limited to, the Judgment, whether or not you submit a Proof of Claim.

The Notice, which more completely describes the Settlement and your rights thereunder (including your right to object to the Settlement), the Proof of Claim, the Stipulation (which, among other things, contains definitions for the defined terms used in this Summary Notice), and other Settlement documents, may be accessed online at www.HomePointSecuritiesSettlement.com, or by writing to:

*Home Point Securities Settlement*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 301133
Los Angeles, CA 90030-1133

Inquiries should NOT be directed to Defendants, Defendants' Counsel, the Court, or the Clerk of the Court.

Inquiries, other than requests for the Notice or for a Proof of Claim, may be made to Lead Counsel:

ROBBINS GELLER RUDMAN & DOWD LLP
Ellen Gusikoff Stewart
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900
settlementinfo@rgrdlaw.com

IF YOU DESIRE TO BE EXCLUDED FROM THE SETTLEMENT CLASS, YOU MUST SUBMIT A REQUEST FOR EXCLUSION SUCH THAT IT IS **POSTMARKED** BY APRIL 23, 2024, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE. ALL SETTLEMENT CLASS MEMBERS WILL BE BOUND BY THE SETTLEMENT EVEN IF THEY DO NOT SUBMIT A TIMELY PROOF OF CLAIM.

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU HAVE THE RIGHT TO OBJECT TO THE SETTLEMENT, THE PLAN OF ALLOCATION, THE REQUEST BY LEAD COUNSEL FOR AN AWARD OF ATTORNEYS' FEES NOT TO EXCEED 30% OF THE $5,000,000 SETTLEMENT AMOUNT AND EXPENSES NOT TO EXCEED $60,000 AND AN AWARD TO PLAINTIFF NOT TO EXCEED $25,000 IN CONNECTION WITH HIS REPRESENTATION OF THE SETTLEMENT CLASS. ANY OBJECTIONS MUST BE FILED WITH THE COURT AND SENT TO LEAD COUNSEL AND DEFENDANTS' COUNSEL SO THAT THEY ARE **RECEIVED** BY APRIL 23, 2024, IN THE MANNER AND FORM EXPLAINED IN THE NOTICE.

DATED: November 30, 2023          BY ORDER OF THE COURT
                                  UNITED STATES DISTRICT COURT
                                  EASTERN DISTRICT OF MICHIGAN
                                  SOUTHERN DIVISION

_____

[1] The Stipulation can be viewed and/or obtained at www.HomePointSecuritiesSettlement.com. This Summary Notice incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth in the Stipulation, unless set forth herein.

## Contacts
Media:
Robbins Geller Rudman & Dowd LLP
Shareholder Relations Department
Greg Wood
(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on January 23, 2024 to the following media circuits offered by the above-referenced wire service:

1. National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of January 2024, at Sellersville, Pennsylvania.

*Carla Peak*

Carla Peak