UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | | |
|---|---|---|
| In re HOME POINT CAPITAL INC. SECURITIES LITIGATION | ) ) ) | Civ. No. 4:21-cv-11457-SDK -KGA |
| | | Judge Shalina D. Kumar<br>Magistrate Judge Kimberly G. Altman |
| | | CLASS ACTION |
| | | SUPPLEMENTAL DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION AND REQUESTS FOR EXCLUSION RECEIVED TO DATE |

I, ROSS D. MURRAY, declare and state as follows:

1.     I am employed as a Vice President of Securities by Gilardi & Co. LLC ("Gilardi"), located at 1 McInnis Parkway, Suite 250, San Rafael, California. Pursuant to the November 30, 2023 Order Granting Preliminary Approval of Settlement Pursuant to Fed. R. Civ. P. 23(e)(1) and Permitting Notice to the Class ("Notice Order") (ECF 59), Gilardi was appointed as the Claims Administrator in connection with the proposed Settlement of the above-captioned litigation (the "Litigation"). I oversaw the notice services that Gilardi provided in accordance with the Notice Order.

2.     I submit this declaration as a supplement to my earlier declaration, the Declaration of Ross D. Murray Regarding Notice Dissemination, Publication, and Requests for Exclusion Received to Date (the "Initial Mailing Declaration") (ECF 65). The following statements are based on my personal knowledge and information provided to me by other Gilardi employees and if called to testify I could and would do so competently.

## UPDATE ON DISSEMINATION OF THE CLAIM PACKAGE

3.     As more fully detailed in the Initial Mailing Declaration, as of April 8, 2024, Gilardi had mailed or emailed a total of 9,988 copies of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release form (collectively, the "Claim Package") to potential Settlement Class Members and their nominees. Additionally, Gilardi received a message from one institution noting that they anticipated sending Claim Packages via email to 4,547 potential Settlement Class Members. *See* Initial Mailing Declaration, ¶11.

4.     Since April 8, 2024, Gilardi has not mailed any additional Claim Packages in response to requests from potential Settlement Class Members, brokers, and nominees or as a result of mail returned as undeliverable for which new addresses were identified and re-mailed to those new addresses. Therefore, as of

Page 1

May 6, 2024, Gilardi has mailed or emailed a total of 9,988 Claim Packages to potential Settlement Class Members and nominees.

### REQUESTS FOR EXCLUSION RECEIVED TO DATE

5. Pursuant to the Notice Order, the Notice informs potential Settlement Class Members that written requests for exclusion from the Settlement Class must be mailed to *Home Point Securities Settlement*, c/o Gilardi & Co. LLC, EXCLUSIONS, P.O. Box 5100, Larkspur, CA 94977-5100, such that they are postmarked no later than April 23, 2024. At the time of the Initial Mailing Declaration, Gilardi reported that it had not received any requests for exclusion in connection with this Settlement. *See* Initial Mailing Declaration, ¶16.

6. Since the Initial Mailing Declaration was executed, and as of the date of this declaration, Gilardi has not received any requests for exclusion.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 6th day of May, 2024, at San Rafael, California.


_____
ROSS D. MURRAY

<u>CERTIFICATE OF SERVICE</u>

I, Ellen Gusikoff Stewart, hereby certify that on May 7, 2024, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Ellen Gusikoff Stewart*
ELLEN GUSIKOFF STEWART